UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILSON DIVISION

IN THE MATTER OF**:** **WILLIAM LESTER WATSON**        CASE NO:  **04-08262-8-SWH**
**MARY ALICE WATSON**

REPORT ON UNCLAIMED DIVIDENDS

The undersigned Trustee, having concluded administration of the above estate, respectfully reports unto the Court:

1. That checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and said checks have been returned to the undersigned as a result of insufficient or incorrect mailing addresses of the creditor-payee, or said checks have not been cashed by the creditor-payee, said checks being as follows:

| NAME AND LAST KNOWN ADDRESS | AMOUNT | DATE ISSUED |
|---|---|---|
| **TIME WARNER CABLE**<br>101 INNOVATION AVE #101<br>MORRISVILLE, NC 27560-8586 | $8.93 | 8/6/09 |

2. That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

WHEREFORE, the undersigned Trustee desires to pay unto the Court said unclaimed dividends pursuant to 11 U.S.C. 347.

**March 25, 2010**               /s/ Trawick H. Stubbs, Jr.
                 **TRAWICK H. STUBBS, JR.**
                 **CHAPTER 13 TRUSTEE**
                 **P. O. BOX 1618**
                 **NEW BERN, NC  28563**
                 **(252) 633-0074**